JUDGE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR07-331-MJP-3 |
| Plaintiff, ) | |
| ) | ORDER GRANTING THE |
| v. ) | UNOPPOSED MOTION FOR |
| ) | TERMINATION OF SUPERVISED |
| DANNY WAYNE ZYLSTRA, ) | RELEASE |
| ) | |
| Defendant. ) | |

This matter has come before the Court on the Defendant's unopposed motion to terminate his remaining period of supervised release. The Court has reviewed the motion, records, and files herein, as well as the factors set forth in 18 U.S.C. § 3553(a).

IT IS NOW ORDERED that the Defendant's term of supervised release be terminated pursuant to 18 U.S.C. § 3583(e).

DATED this 28th day of September, 2020.

_____
MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

Submitted by:

s/ *Dennis Carroll*
Assistant Federal Public Defender
Attorney for Danny Wayne Zylstra

ORDER FOR TERMINATION
OF SUPERVISED RELEASE
(*Danny Wayne Zylstra* / CR07-331-MJP-3) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**